IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
(CHIEF) COL. MICHAEL S. OWL      )
FEATHER-GORBEY,                  )
                                 )
          Plaintiff,             )
                                 )
     v.                          )     1:22CV541
                                 )
UNKNOWN NAME                     )
GOVERNOR STATE OF N.C., et al.,  )
                                 )
          Defendants.            )
```

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 15, 2022, was served on the parties in this action. (Docs. 3, 4.) Plaintiff objected to the Recommendation. (Doc. 5.)[*]

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's

---

[*] Plaintiff included in his objections a "Motion to Recuse" any "Presiding Judge" who personally or whose "family[,] direct relation[,] or close friends[,] or business associates" "allege to hold any land claims or titles" within the portion of North Carolina spanning "Winston Salem; Greensboro; Durham; & Raleigh" on the grounds that his "claim for land & damage[,]" "directed at North Carolina and U.S. A[u]thorities," "arguably includes" the referenced areas. (Id. at 2-3 (emphasis in original) (standard capitalization applied).) Given the equivocal and imprecise nature of Plaintiff's assertions, the court denies Plaintiff's purported recusal motion.

report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is filed and dismissed sua sponte without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms and with the $402.00 filing fee, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

                                                /s/   Thomas D. Schroeder
                                            United States District Judge

September 23, 2022